IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JANICE BURRIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cause No. 4:13CV-1910 ) ) |
| RAYMOND EDWARD SILVEY and DIRECTECH DEVELOPMENT CORP. | ) ) ) ) ) |
| Defendants. | ) ) |

## SUGGESTION OF DEATH

COMES NOW Defendant, Directech Development Corporation, by counsel, and for its Suggestion of Death, pursuant to Missouri Supreme Court Rule 52.13, states that the Court as follows: Raymond Silvey, named Defendant, died on March 12th, 2014.

WHEREFORE, and for the forgoing, Defendant prays for this Court's order pursuant to Supreme Court Rule 52.13 and for any further relief this Court deems just, necessary and proper.

LAW OFFICES OF ROUSE & CARY

BY:/s/ Amy M. Simkins
AMY M. SIMKINS, 47783
Attorneys for Defendants
10733 Sunset Office Drive, Suite 410
St. Louis, MO 63127
Telephone: 314-965-5440
Telefax: 603-334-7449

## CERTIFICATE OF SERVICE

Signature above is also certification that a true and correct copy of the foregoing document has been mailed, first class, postage prepaid, this **3rd** day of April, 2014 to: John H. Lake, Lake Law Firm, 3401 West Truman Blvd., Jefferson City, MO 65109