IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

JANICE BURRIS, )
 )
    Plaintiff, )
 )
vs. ) Cause No. 4:13CV-1910
 )
 )
DIRECTECH DEVELOPMENT ) JURY TRIAL DEMANDED
CORP. )
 )
    Defendants. )

MOTION: Granted ✓
Denied
Overruled
Date (signature) 1/29/15

## DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant, Diretech Development, by counsel, and for its Motion for Leave to Amend its Answer to Plaintiff's Complaint, states as follows:

1. Plaintiff recently dismissed her claim against the deceased driver in this matter.

2. Defendant has no evidence to present to the jury regarding liability in this matter.

3. Defendant seeks to amend by interlineation its answer to plaintiff's Complaint, admitting the allegations contained in Paragraph 11.

4. Amendment of the answer would simplify the issues at trial, making damages the only issue for the jury to decide.

5. No prejudice to plaintiff would result from allowing defendant to ament its answer.

WHEREFORE, Defendant, Directech Development Corp., prays that this Court will enter an order, granting its Motion for Leave to Amend its Answer, by interlineation, to admit the allegations contained in Paragraph 11 of Plaintiff's Original Complaint in this matter.