# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

MINUTES OF CIVIL TRIAL
X  Jury Trial

Presiding Judicial Official:     Honorable Thomas C. Mummert, III
Date:                            February 3, 2015;  Trial Day: Two

Case Number:                     4:13CV1910 TCM
Case Style :                     Janice Burris            v. Directech Development Company

Court Reporter:  S. White                    Clerk: C. Long

Attorney for Plaintiff:     James Krispin
Attorney for Defendant:     Amy Simkins
_____

Defendant moves for mistrial outside the presence of the jury.  Motion is denied by the court at this time.
Plaintiff's evidence continued and concluded.
Defendant's evidence commenced, but not concluded.
Jury instruction conference held.


____ Plaintiff's evidence in rebuttal ___ commenced ___ and ___ but not ___ concluded
____ Defendant's evidence in sur-rebuttal ___ commenced ___ and ___ but not ___ concluded
_____
_____

Motion for Judgment as a Matter of Law at close of Plaintiff's case submitted ___ orally ___ in writing
Motion ___ is argued.   Motion is  ___ Overruled/Denied ___ Sustained
        ___ Taken Under Submission ___ Taken with the Case ___ The Court Reserves Ruling

____ Closing Arguments of Counsel made.        _____ Case taken under Submission.
_____

____ Jury is charged and retires to consider its verdict at _____  Verdict returned at _____
____ Jury has been given a special verdict in the form of written interrogatories for finding of fact
____ Jury is unable to agree upon its verdict by _____
____ Jury is excused to resume deliberations at _____

____ The Jury is polled on motion of Plaintiff(s) ____ Defendant(s) ____ Verdict is unanimous ____
____ Judgment is entered accordingly this date
____ Post trial briefs due _____

_____

____ The Court declares a MISTRIAL  _____  Trial is reset to _____
____ Case is settled.  Dismissal Papers due _____

Proceedings Commenced: 8:55 a.m.      Proceedings Concluded 10:10 a.m.

X   Proceedings to continue on Wednesday, February 4, 2015 at 8:30 a.m.