# United States District Court
EASTERN DISTRICT OF MISSOURI

JANICE BURRIS

    Plaintiff,

        v.        CASE NUMBER: 4:13CV1910 TCM

DIRECTECH DEVELOPMENT CORPORATION

    Defendant.

## JUDGMENT IN A CIVIL CASE

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff JANICE BURRIS shall recover from Defendant DIRECTECH DEVELOPMENT CORPORATION the amount of $250,000.00, along with costs.

        Gregory J. Linhares
        CLERK OF COURT

February 4, 2015
DATE

By:   /s/ Carol B. Long

      Carol B. Long
      DEPUTY CLERK