IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JANICE BURRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.:   4:13cv-1910 |
| | ) |
| DIRECTECH DEVELOPMENT CORP. | ) |
| | ) |
| Defendant. | ) |

### SATISFACTION OF JUDGMENT

COMES NOW plaintiff, Janice Burris, and by her attorneys, and hereby acknowledges full and complete satisfaction of judgment entered in this cause upon jury verdict rendered on February 4, 2015.

/s/ Janice Burris
Janice Burris
Plaintiff

Respectfully,

JAMES G. KRISPIN

/s/ James G. Krispin
James G. Krispin   #33991MO
Attorney for Plaintiff
1010 Market St., Ste. 1500
St. Louis, MO 63101
(314) 721-2060
(314) 726-5834 (Fax)
jgkrislaw@aol.com

Co-counsel for Plaintiff

1

and

John H. Lake  #23472
Lake Law Firm, LLC
3401 West Truman Blvd.
Jefferson City, MO 65109
573-761-4790
573-761-4220-Facsimile
lakelawfirm@yahoo.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

A copy of the foregoing was sent via the court's electronic filing system, this 12th day of February, 2015 to: Amy Simkins, Attorney for Defendants, Law Office of Rouse & Cary, 10733 Sunset Office Dr., Ste. 410, St. Louis, MO 63127.

/s/ JHL

2